SLIP OPINION

Cite as 2013 Ark. 328

# SUPREME COURT OF ARKANSAS

No.

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered** September 12, 2013 |

## PER CURIAM

Stephen Sipes, Esq., of Little Rock, is appointed to the Civil Practice Committee for a three-year term to expire on July 31, 2016. We thank him for agreeing to serve on this important committee.

We reappoint Hon. Robert Gladwin, Arkansas Court of Appeals, of Prairie Grove, and Hon. Henry Wilkinson, Retired Circuit Judge, of Russellville, to the committee for three-year terms to expire on July 31, 2016. We thank them for their continued service.

The court expresses its gratitude to Murray Claycomb, Esq., of Warren, whose term has expired, for his years of valuable service to this committee.